UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM A. VENTURA and WILSON A. HERNANDEZ,

                Plaintiffs,

   -against-

ABLE PAVEMENT MARKING CORP., APM SERVICES GROUP CORP., ZISSY FOLLMAN, and BEN FOLLMAN,

                Defendants.
-------------------------------------------------------------X

23-cv-00269 (RER)(RML)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the above-captioned Parties that, pursuant to Fed. R. Civ. P. 15(a)(2), Defendants consent to the filing of Plaintiffs' First Amended Complaint. For purposes of this Stipulation, facsimile, scanned, emailed, and electronic signatures shall constitute originals.

| | |
|---|---|
| Dated: Massapequa, New York<br>       November 20, 2023 | Dated: New York, New York<br>       November 20, 2023 |
| The NHG Law Group, P.C. | Book Law LLP |
| _____<br>By: Keith E. Williams, Esq.<br>*Attorneys for the Plaintiff*<br>4242 Merrick Road<br>Massapequa, New York 11758<br>Tel: 516.228.5100<br>keith@nhglaw.com | _____<br>By: Sara A. Aksu, Esq.<br>*Attorneys for the Defendants*<br>7 Times Square, 19th Floor<br>New York, New York 10036<br>Tel: 212.244.0344<br>saksu@booklawllp.com |